IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINDA A. OLIVO,                           )
                                          )
    Plaintiff,                           )
                                          )
v.                                        )     Civil Action No. 07-1725 (ESH)
                                          )
MARY E. PETERS,                           )
Secretary of Transportation,              )
                                          )
    Defendant                            )
_____)

**PLAINTIFF'S RESPONSE TO ORDER DIRECTING
HER TO COMPLETE SERVICE OF PROCESS**

    By Order dated December 21, 2007, the Court has ordered Plaintiff to Complete Service of Process by "(1) filing with the Court proof that the defendant has been served with a summons and complaint, or (2) provide the court with a written explanation of why service of process has not been completed." The purpose of this Response is to notify the Court that Defendant has been served with a summons and complaint, pursuant to Exhibit 1, which is a letter from Zoom Delivery of DC, 7752 Woodmont Avenue, #207, Bethesda, Maryland 20814. See Affidavit of Return of Service, January 24, 2008.

    Respectfully submitted,

    /s/ Larry J. Stein
    Larry J. Stein, Bar No. 397397
    2009 N. 14th Street, Suite 708
    Arlington, VA 22201
    703/812-7880
    703/522-1250 Fax
    Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA A. OLIVO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-1725 (ESH) |
| MARY E. PETERS,<br>Secretary of Transportation, | ) ) ) |
| Defendant | ) ) |

## AFFIDAVIT OF RETURN OF SERVICE

1. I am Larry J. Stein, a sole practitioner in Arlington, Virginia. I represent Ms. Linda A. Olivo, the Plaintiff in the instant case.

2. On October 23, 2007, I arranged with Zoom Delivery of DC, 7752 Woodmont Avenue, #207, Bethesda, Maryland 20814, to serve the Complaint in the instant case on three entities including the Defendant, Mary E. Peters, Secretary of Transportation; the Attorney General of the United States, the Department of Justice, Washington, D.C.; and, the United States Attorneys Office, Washington, D.C.

3. According to a letter from Ms. Valerie Michos, Vice President, Zoom Delivery of DC, to Larry J. Stein (Jan. 15, 2008) (attached as Exhibit 1), service was effected on October 23, 2007 via courier on the three entities listed in paragraph 2. Specifically, Zoom's courier delivered a copy of the summons and complaint to the Clerk's Office, U.S. District Court for the District of Columbia at 12:39 p.m., October 23, 2007. Zoom's courier then delivered a copy of the summons and complaint to the Department of Transportation, 1200 New Jersey Avenue, SE,

- 2 -

Washington, D.C. at 1:32 p.m., October 23, 2007.

4. The Office of the United States Attorney for the District of Columbia filed an Answer to the Complaint on December 26, 2007.

Respectfully submitted,

_____
Larry J. Stein, Bar No. 397397
2009 N. 14th Street, Suite 708
Arlington, VA 22201
703/812-7880
703/522-1250 Fax
Attorney for Plaintiff

**ZOOM DELIVERY OF DC**
7752 WOODMONT AVE., #207
BETHESDA, MD. 20814
301 657-1300

January 15, 2008

Law Office of Larry J. Stein
2009 14th Street N
Arlington, Va. 22201

    Ref: Case # 07 1725 (LSH) Olivo v. Peters, Secretary of DOT

Dear Mr. Stein:

In response to your telephone call today, I am providing the following information:

On October 23, 2007 our courier picked up a filing from your office and filed it with the clerk at 333 Constitution Ave.,NW at 11:42 am and signed for by Maureen in the clerk's office.

At 12:39 pm Zoom delivered to the US Attorney's office at 555-4th St.,NW and that delivery was signed for by Ward (last name) in mailroom.

At 1:32 pm Zoom delivered to DOT at 1200 New Jersey Ave., SE, and that delivery was signed for by Ingram (last name) in mailroom.

At 1:38 pm Zoom delivered to DOJ at 950 Pa. Ave., NW, and that delivery was signed for by Lee (last name) in mailroom.

As I indicated on the phone, couriers are directed to mailrooms/shipping and receiving areas when they have deliveries for any government or federal building.

Unfortunately, the day in question was a rainy day and the driver's manifests were rain soaked and eligible. However, as our couriers make deliveries they call in the names of recipients to the dispatchers who then put them into the computer, hence the names listed above.

I hope this information will be helpful.

Sincerely,

Valerie Michos, V.President