CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LINDA A. OLIVIO                    )
                                   )
                                   )
                                   )
                                   )
                    Plaintiff      )   Civil Case Number 07-1725 (PLF)
                                   )
                                   )
                                   )   Category   H
MARY E. PETERS                     )
                                   )
                                   )
                    Defendant      )
                                   )

**REASSIGNMENT OF CIVIL CASE**

The above-entitled case was reassigned on February 1, 2008 from Judge Ellen Segal Huvelle to Judge Paul L. Friedman by direction of the Calendar Committee.

(Judge Friedman has related case 07cv1723, which he consolidated)

ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Friedman & Courtroom Deputy
      Judge Huvelle & Courtroom Deputy
      Liaison, Calendar and Case Management Committee