```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

NANCY E. PROCTOR,              )
                               )
          Plaintiff,           )
                               )
     v.                        )  Civil Action No. 07-01723 PLF
                               )
MARY E. PETERS,                )
Secretary Of The Department    )
Transportation,                )
                               )
          Defendant.           )
                               )
_____)
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

LINDA A. OLIVO,                )
                               )
          Plaintiff,           )
                               )
     v.                        )  Civil Action No. 07-01725 PLF
                               )
MARY E. PETERS,                )
Secretary Of The Department    )
Transportation,                )
                               )
          Defendant.           )
                               )
_____)
```

CONSENT MOTION FOR EXTENSION OF TIME
TO FILE E-DISCOVERY REPORT AND TO FILE
<u>REVISED MEET-AND-CONFER REPORT</u>

Pursuant to Rule 6(b)(1), defendant hereby moves to extend the time for the parties to file their e-discovery report and file a revised meet-and-confer report to February 19, 2008. Plaintiff's counsel has consented to this motion. The additional time is needed because undersigned counsel (Fred E. Haynes) primarily responsible for these cases for defendant, and the agency counsel assisting him, have been prevented, by the press

of other litigation responsibilities, from completing work on the matters that need to be addressed in this case.

Attached is a draft order reflecting the requested enlargement of time.

>Respectfully submitted,
>
>JEFFREY A. TAYLOR, DC Bar#498610
>United States Attorney
>
>RUDOLPH CONTRERAS, DC Bar #434122
>Assistant United States Attorney
>           /s/
>FRED E. HAYNES, DC Bar #165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

NANCY E. PROCTOR,              )
                               )
          Plaintiff,           )
                               )
     v.                        )  Civil Action No. 07-01723 PLF
                               )
MARY E. PETERS,                )
Secretary Of The Department    )
Transportation,                )
                               )
          Defendant.           )
                               )
_____)
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

LINDA A. OLIVO,                )
                               )
          Plaintiff,           )
                               )
     v.                        )  Civil Action No. 07-01725 PLF
                               )
MARY E. PETERS,                )
Secretary Of The Department    )
Transportation,                )
                               )
          Defendant.           )
                               )
_____)
```

<u>ORDER</u>

UPON CONSIDERATION of the consent motion filed by defendant for an extension of time to file the e-discovery report and to revise the meet-and-confer report, it is this _____ day of _____, 2008,

ORDERED that the motion is granted, and it is further

ORDERED that the parties will file their e-discovery report

and their revised meet-and-confer report by February 19, 2008.

                                  UNITED STATES DISTRICT JUDGE

Copies to counsel