```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

NANCY E. PROCTOR,              )
                               )
            Plaintiff,         )
                               )
      v.                       )  Civil Action No. 07-01723 PLF
                               )
MARY E. PETERS,                )
Secretary Of The Department    )
Transportation,                )
                               )
            Defendant.         )
                               )
_____)
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

LINDA A. OLIVO,                )
                               )
            Plaintiff,         )
                               )
      v.                       )  Civil Action No. 07-01725 PLF
                               )
MARY E. PETERS,                )
Secretary Of The Department    )
Transportation,                )
                               )
            Defendant.         )
                               )
_____)
```

CONSENT MOTION FOR FURTHER EXTENSION OF TIME
TO FILE E-DISCOVERY REPORT AND TO FILE
<u>REVISED MEET-AND-CONFER REPORT</u>

Pursuant to Rule 6(b)(1), defendant hereby moves to extend the time for the parties to file their e-discovery report and file a revised meet-and-confer report to February 25, 2008. Plaintiff's counsel has consented to this motion. The additional time is needed because the agency counsel assisting undersigned counsel (Fred E. Haynes) primarily responsible for these cases for defendant has been heavily committed to discovery matters in

other cases and needs the additional time to finish her work on the electronic discovery issue in this case.

Attached is a draft order reflecting the requested enlargement of time.

                                      Respectfully submitted,

                                      JEFFREY A. TAYLOR, DC Bar#498610
                                      United States Attorney

                                      RUDOLPH CONTRERAS, DC Bar #434122
                                      Assistant United States Attorney
                                                /s/
                                      FRED E. HAYNES, DC Bar #165654
                                      Assistant United States Attorney
                                      555 4th Street, N.W., Room E-4110
                                      Washington, D.C. 20530
                                      (202) 514-7201

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

NANCY E. PROCTOR,              )
                               )
          Plaintiff,           )
                               )
     v.                        )  Civil Action No. 07-01723 PLF
                               )
MARY E. PETERS,                )
Secretary Of The Department    )
Transportation,                )
                               )
          Defendant.           )
                               )
_____)
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

LINDA A. OLIVO,                )
                               )
          Plaintiff,           )
                               )
     v.                        )  Civil Action No. 07-01725 PLF
                               )
MARY E. PETERS,                )
Secretary Of The Department    )
Transportation,                )
                               )
          Defendant.           )
                               )
_____)
```

ORDER

UPON CONSIDERATION of the consent motion filed by defendant for a further extension of time for the parties to file the e-discovery report and to revise the meet-and-confer report, it is this _____ day of _____, 2008,

ORDERED that the motion is granted, and it is further

ORDERED that the parties will file their e-discovery report

and their revised meet-and-confer report by February 25, 2008.

                                 UNITED STATES DISTRICT JUDGE

Copies to counsel