UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY E. PROCTOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1723 (PLF) |
| ) | |
| MARY E. PETERS, *Secretary of the* ) | |
| *Department of Transportation,* ) | |
| ) | |
| Defendant. ) | |
| ) | |
| LINDA A. OLIVO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1725 (PLF) |
| ) | |
| MARY E. PETERS, *Secretary of the* ) | |
| *Department of Transportation,* ) | |
| ) | |
| Defendant. ) | |
| ) | |

SCHEDULING ORDER

The parties in Civil Action No. 07-1723 appeared for a meet and confer status conference on January 29, 2008, at which time the Court granted an oral motion to consolidate that case with Civil Action No. 07-1725. Based upon the revised Rule 16.3 Joint Report submitted to the Court on February 25, 2008 and the representations of counsel, it is hereby ORDERED that

    1.    Any motion to amend the pleadings or join additional parties shall be made by March 18, 2008.

2. Discovery shall be completed by June 25, 2008. Counsel must resolve all discovery disputes or bring them to the Court's attention in a timely manner so as to allow sufficient time for the completion of discovery by this date.

3. Each party is limited to a maximum of 25 interrogatories to any other party. Responses to all interrogatories are due 30 days after service.

4. Each party is limited to a maximum of 10 depositions.

5. The parties agree to waive disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

6. Disclosures of plaintiff's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by April 25, 2008.

7. Disclosures of defendant's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by May 23, 2008.

8. Depositions of each party's retained experts shall be completed by June 25, 2008.

9. Dispositive motions shall be filed on or before July 25, 2008; oppositions by August 8, 2008; and replies, if any, byAugust 20, 2008.

10. Counsel are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the Court. If counsel are unable to resolve the discovery dispute, counsel shall arrange a telephone conference with the Court by contacting chambers. Counsel shall not file a discovery motion without a prior conference with the Court and opposing counsel.

11. Counsel are expected to evaluate their respective cases for settlement

purposes. Submission to alternative dispute resolution, e.g., mediation or neutral evaluation, is encouraged and is available by request of the Court at any time, as is a settlement conference before a magistrate judge. If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

   12. Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court. See LCvR 7. The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

   SO ORDERED.


              _____/s/_____
              PAUL L. FRIEDMAN
              United States District Judge

DATE: February 27, 2008