```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

NANCY E. PROCTOR,              )
                               )
          Plaintiff,           )
                               )
     v.                        )  Civil Action No. 07-01723 PLF
                               )
MARY E. PETERS,                )
Secretary Of The Department    )
Transportation,                )
                               )
          Defendant.           )
                               )
_____)
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

LINDA A. OLIVO,                )
                               )
          Plaintiff,           )
                               )
     v.                        )  Civil Action No. 07-01725 PLF
                               )
MARY E. PETERS,                )
Secretary Of The Department    )
Transportation,                )
                               )
          Defendant.           )
                               )
_____)
```

### CONSENT MOTION FOR FURTHER EXTENSION OF TIME OF THREE BUSINESS DAYS TO ANSWER THE AMENDED COMPLAINT

Pursuant to Rule 6(b), defendant hereby moves to extend further the time for her to answer the amended complaints in these cases for three business days, to April 9, 2008. The additional time is needed because review by the agency of the draft answers to the amended complaints prepared by undersigned counsel (Fred E. Haynes) has raised issues that need further review. Counsel for defendants has consented to this motion.

Attached is a draft order reflecting the requested enlargement of time.

>Respectfully submitted,
>
>JEFFREY A. TAYLOR, DC Bar#498610
>United States Attorney
>
>RUDOLPH CONTRERAS, DC Bar #434122
>Assistant United States Attorney
>       /s/
>FRED E. HAYNES, DC Bar #165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

NANCY E. PROCTOR,              )
                               )
          Plaintiff,           )
                               )
     v.                        )  Civil Action No. 07-01723 PLF
                               )
MARY E. PETERS,                )
Secretary Of The Department    )
Transportation,                )
                               )
          Defendant.           )
                               )
_____)
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

LINDA A. OLIVO,                )
                               )
          Plaintiff,           )
                               )
     v.                        )  Civil Action No. 07-01725 PLF
                               )
MARY E. PETERS,                )
Secretary Of The Department    )
Transportation,                )
                               )
          Defendant.           )
                               )
_____)
```

## ORDER

UPON CONSIDERATION of the consent motion filed by defendant for a further extension of time of three-business days for defendant to answer the amended complaints, it is this _____ day of _____, 2008,

ORDERED that the motion is granted, and it is further

ORDERED that defendant shall have to April 9, 2008, to answer the amended complaints.

                              UNITED STATES DISTRICT JUDGE