UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
NANCY E. PROCTOR,                     )
                                      )
               Plaintiff,             )
                                      )
          v.                          )   Civil Action No. 07-01723 PLF
                                      )
MARY E. PETERS,                       )
Secretary Of The Department           )
Transportation,                       )
                                      )
               Defendant.             )
                                      )
_____)
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
LINDA A. OLIVO,                       )
                                      )
               Plaintiff,             )
                                      )
          v.                          )   Civil Action No. 07-01725 PLF
                                      )
MARY E. PETERS,                       )
Secretary Of The Department           )
Transportation,                       )
                                      )
               Defendant.             )
                                      )
_____)
```

CONSENT MOTION FOR EXTENSION OF TIME
FOR THE COMPLETION OF DISCOVERY

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant hereby moves to extend the time for the parties to complete discovery in this case from June 25, 2008, to September 25, 2008. The dates for the filing of dispositive motions, oppositions, and replies have also been adjusted to reflect the proposed new date for the completion of discovery. Counsel for plaintiffs has consented to this motion.

The parties have been engaged in discussions, and defendant has provided to plaintiffs certain documents and an analysis of the documents for plaintiffs' consideration.  It is anticipated that these discussions will be completed shortly.  Formal discovery has not been commenced pending resolution of this informal process.  If the cases are not resolved by this informal method, the parties may need to conduct some formal discovery, hence this motion.

Attached is a draft order reflecting the requested enlargement of time.

Respectfully submitted,

JEFFREY A. TAYLOR, DC Bar#498610
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney
                /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
(202) 514-7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY E. PROCTOR,                )
                                 )
            Plaintiff,           )
                                 )
        v.                       )     Civil Action No. 07-01723 PLF
                                 )
MARY E. PETERS,                  )
Secretary Of The Department      )
Transportation,                  )
                                 )
            Defendant.           )
                                 )
_____)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINDA A. OLIVO,                  )
                                 )
            Plaintiff,           )
                                 )
        v.                       )     Civil Action No. 07-01725 PLF
                                 )
MARY E. PETERS,                  )
Secretary Of The Department      )
Transportation,                  )
                                 )
            Defendant.           )
                                 )
_____)

<u>ORDER</u>

UPON CONSIDERATION of the consent motion filed by defendant for an extension of time for the completion of discovery, it is this ___ day of _____, 2008,

ORDERED that the motion is granted, and it is further

ORDERED that the parties shall have to September 25, 2008, to complete discovery; and it is further

ORDERED that dispositive motions are due by October 24, 2008, oppositions thereto by November 7, 2008, and replies to oppositions by November 21, 2008.

UNITED STATES DISTRICT JUDGE

Copies to counsel